UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON LEE NORRIS,<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>DEBRA DEXTER, Warden,<br><br>　　　　　　　　　　Respondent. | Civil No.   07cv0945-J (POR)<br><br>**ORDER DENYING PETITIONER'S APPLICATION FOR ENLARGEMENT OF TIME TO FILE A TRAVERSE AS MOOT; ORDER DENYING PETITIONER'S MOTION FOR COURT ORDERED ACCESS TO THE LAW LIBRARY** |

　　　　On August 27, 2007, the Court received Petitioner's application for enlargement of time to file a traverse and a motion for court ordered access to the law library.  In his application, Petitioner states that the traverse is due on August 29, 2007.  However, in the Court's Order Granting Respondent's Application for Enlargement of Time filed on July 31, 2007, the traverse is due no later than October 1, 2007.  Accordingly, the court DENIES as MOOT Petitioner's application for enlargement of time to file a traverse.

　　　　Petitioner also seeks a court order granting him access to the law library since access to the library has been restricted due to the death of an inmate at the facility.  (See Program Status Report attached to motion.)  Since the traverse is not due until October 1, 2007, access to the library may be granted prior to that time.  In addition, the Court notes that Petitioner is not required to present legal issues in the petition or traverse, but merely state the factual basis for his claims.  Rule 2, 28 U.S.C.

////

////

- 1 -

1 | foll. § 2254.  Accordingly, the Court DENIES Petitioner's motion for a court ordered access to the
2 | law library as premature.

4 | DATED: August 31, 2007

_____
LOUISA S PORTER
United States Magistrate Judge