# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

BRANDON LEE NORRIS

　　　　　　　　V.　　　　　　　　　　　　　**JUDGMENT IN A CIVIL CASE**

DEBRA DEXTER

　　　　　　　　　　　　　　　　CASE NUMBER:　　07cv945-J (POR)

☐　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒　**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Court denies the Petition for Writ of Habeas Corpus with prejudice........................................................................................................................................................

| September 11, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | K. Ridgeway |
| | (By) Deputy Clerk |
| | ENTERED ON September 11, 2009 |